UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TERESA GRAU-PRESNELL, | Case No.: 1:15-CV-779 |
| Plaintiff, | |
| v. | Judge Timothy S. Black |
| | Magistrate Judge Litkovitz |
| MEGAN J. BRENNAN, POST MASTER GENERAL, UNITED STATES POSTAL SERVICE | **ORDER** |
| Defendant. | |

This matter is before the Court on the defendant's motion to seal declaration and attachments in support of the defendant's Motion to Dismiss (Doc. 44). For good cause shown, the defendant's motion is hereby **Granted**.

The Clerk of Court is hereby ordered to file under seal defendant's declaration and attachments in support of its motion to dismiss (Doc. 43).

IT SO ORDERED.

Date: 1/8/18

_Karen L. Litkovitz_
U.S. Magistrate Judge